IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNIWELL LABORATORIES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 4:21-CV-01292-O |
| FRAIN INDUSTRIES, INC., THE FRAIN | § | |
| GROUP, INC., AND REF LEASING, | § | |
| CO., | § | |
| | § | |
| Defendants. | § | |

## PLAINTIFF'S FIRST AMENDED COMPLAINT

Plaintiff UniWell Laboratories LLC ("Plaintiff" or "UniWell") files this First Amended Complaint against Defendants Frain Industries, Inc. ("Frain"), The Frain Group, Inc. ("Frain Group"), and REF Leasing, Co. ("REF") (collectively, "Defendants").

## Parties

1.     Plaintiff is a Texas limited liability company corporation doing business in Tarrant County, Texas.

2.     Frain is an Illinois corporation whose home office address is **245 E North Ave., Carol Stream, IL 60188** that has conducted business in Tarrant County, including the transaction giving rise to this case. Plaintiff's claims arise out of Frain's conduct in Texas and the parties' agreement regarding Frain's sale and delivery of equipment to Plaintiff at its Tarrant County, Texas headquarters.  Frain is not registered to do business in Texas, and does not maintain a regular place of business or a designated agent for service of process in Texas. Frain was served with process through the Texas Secretary of State pursuant to § 17.044(b) of the Texas Civil Practice & Remedies Code at the above home office address and has appeared before this Court through counsel.

3.      Frain Group is an Illinois corporation whose home office address is **245 E North Ave., Carol Stream, IL 60188** that has conducted business in Tarrant County, including the transaction giving rise to this case. Plaintiff's claims arise out of Frain Group's conduct in Texas and the parties' agreement regarding Frain Group's sale and delivery of equipment to Plaintiff at its Tarrant County, Texas headquarters. Frain Group is not registered to do business in Texas, and does not maintain a regular place of business or a designated agent for service of process in Texas. Accordingly, Frain Group may be served with process through the Texas Secretary of State pursuant to Fed. R. Civ. P. 4 and § 17.044(b) of the Texas Civil Practice & Remedies Code at the above home office address.

4.      REF is an Illinois corporation whose home office address is **245 E North Ave., Carol Stream, IL 60188** that has conducted business in Tarrant County, including the transaction giving rise to this case. Plaintiff's claims arise out of REF's conduct in Texas and the parties' agreement regarding REF's sale and delivery of equipment to Plaintiff at its Tarrant County, Texas headquarters. REF is not registered to do business in Texas, and does not maintain a regular place of business or a designated agent for service of process in Texas. Accordingly, REF may be served with process through the Texas Secretary of State pursuant to Fed. R. Civ. P. 4 and § 17.044(b) of the Texas Civil Practice & Remedies Code at the above home office address.

## Jurisdiction and Venue

5.      Defendants are foreign entities, and Plaintiff is a resident of this District. The amount in controversy exceeds $75,000. Accordingly, this Court has jurisdiction over this controversy pursuant to 28 U.S. Code § 1332(a).

## Facts

*Introduction*

6.      The parties' business relationship arose from Frain's interactive website allowing users in Texas, including Plaintiff, to "request a quote" for Frain's products. Frain's website facilitated the exchange of commercial information, offered telephone and email contact information, and had embedded links for Plaintiff to complete a project start form. Plaintiff initially used this feature from its Texas offices to request a quote for *one product* and thereafter, the parties engaged in extensive communications consisting of emails, telephone calls, and video conference calls, all with Plaintiff's employees in Texas.

7.      These communications resulted in a substantially more involved and Texas-centric contract than that which was contemplated by the initial quote request. In particular, Frain and Frain Group agreed to refurbish, configure and crate *nine machines* ("Machines") and, after delivery of those Machines to Texas, to send its employees to Texas to install and test those Machines *in* Plaintiff's Texas facility.

8.      Frain and Frain Group made multiple representations to Plaintiff (knowing that Plaintiff was *in Texas*) that Frain and Frain Group would integrate, test, and install the Machines *in Texas* and accepted Plaintiff's money *from Texas*. The essence of Frain and Frain Group's performance was getting equipment configured to Plaintiff's specifications, and installed and up-and-running in a Texas manufacturing plant.

9.      When Frain and Frain Group negotiated and entered into the resulting contract with Plaintiff in Texas, Frain and Frain Group knew that the crux of their performance – sending complex manufacturing equipment to Texas, and then sending its employees to Texas to install and test the machinery in Plaintiff's Fort Worth manufacturing facility – would be in Texas. Frain and

REF Leasing then accepted $319,973 in payments sent by Plaintiff from Texas toward that end before refusing to perform the agreement and providing nothing in return.

*The Parties' Businesses*

10.     Fort Worth-based UniWell is an industry leader in product innovation and the development of nutraceuticals, OTC pharmaceuticals and dietary supplements.

11.     Defendants operate across multiple entities and interchange names freely creating confusion as to which entity actually does business with Plaintiff. For example, Frain disclosed in its Certificate of Interested Persons that its parent company is Frain Group (Doc. 4). Affiliated companies under Frain Group include Frain and REF. *Id.* As discussed below, the parties to the March 16, 2021 Invoice 722805-3 are Plaintiff and REF; Tami Frain's March 22, 2021 email signature block shows Frain but with Frain Group letterhead; Frain Group submitted its proposal for the Machines to Plaintiff on March 22, 2021; the parties to the March 23, 2021 Project Confirmation Letter are Plaintiff and Frain; Frain, Frain Group, and REF required that all payments be sent by Plaintiff to REF; Frain submitted a revised Invoice 080621 dated August 6, 2021 reflecting payment should be made by Plaintiff to Frain (not REF); and Chris Frain, Frain's President, stated under oath that Plaintiff's "down payment, second installment, and third installment and crating payment for the machines, were paid and received by Frain Industries/REF Leasing on March 23, April 27, and May 21, 2021, respectively…" (Doc. 10-4 at ¶ 22) (underline added). As a result of the web of corporate shell games created by Defendants, Plaintiff is left in the dark as to which entity, if not all, are obligated to perform under the various invoices and agreements.

12.     Frain and Frain Group hold themselves out as the "leading, single-source provider of new and like new 'plug and play' packaging and processing machinery." Frain and Frain Group market themselves and their products and services based on purported speed of delivery. *See, e.g.,*

https://www.fraingroup.com/ ("Our customers gain the competitive advantage of getting products to market faster than anyone else through our accelerated approach, unmatched services and quality machinery."); Frain email and internet advertising (touting its ability to "integrate, test, and install a complete packaging line of plug and play equipment in less than six weeks."; "Make Long Lead Times a Thing of the Past!").

*The March 2021 correspondence and agreements*

13.     During March 2021, Plaintiff and Frain and Frain Group negotiated the terms of a transaction by which Frain and Frain Group would, on an expedited basis, refurbish, configure, and deliver integrated packaging machinery consisting of nine (9) machines (the "Machines") to then be delivered to Texas and tested and installed *in Texas by at least two of Frain and Frain Group's representatives*. Frain and Frain Group knew these Machines were to be used by Plaintiff for packaging and labeling large commercial orders of a broad array of products for Plaintiff's customers. From the inception of the negotiation of the transaction, Plaintiff advised Frain and Frain Group that time was of the essence for delivery of the Machines due to Plaintiff's urgent need for additional high-speed packaging capacity. Frain and Frain Group assured Plaintiff that Frain and Frain Group could integrate, test, and install the Machines on a timeline of approximately two months. Plaintiff relied on those representations and assurances in moving forward with the transaction.

14.     On March 16, 2021, Frain, Frain Group, and REF Leasing sent Invoice No. 722805 requesting the following initial payments to commence work on the Machines:

     a.  Payment 3/23/2021     $100,000
     b.  Payment 4/27/2021     $100,000
     c.  Payment 5/21/2021     $111,253

Importantly, the invoice reflects the parties' agreement that Frain and Frain Group would provide the Machines to Plaintiff under a 30-month lease financing arrangement. *See* Exhibit 1, REF Leasing's March 16, 2021 Invoice ("**The above machines are on a 31month (sic) lease to start**

**on 7/1/2021.** The monthly payment will be $38,000 for 30 months and $16,357 on the 31st month. $1.00 buyout at the end of the lease.") (emphasis supplied). Further, the invoice reflected a "SHIP TO" line showing Plaintiff's Fort Worth facility's address. *Id.*

15.     On March 22, 2021, Tami and John Frain, on behalf of Frain Group, presented Plaintiff with their "proposal for quality, pre-owned packaging and processing production equipment with associated Set-to-Size and Retooling Services." *See* Exhibit 2. Tami Frain emailed Plaintiff's representative, Eduardo Soto, this "Proposal for Engineering Services" that included pictures of the actual equipment Defendants were proposing to sell to Plaintiff that was available at Frain and Frain Group's facility. *Id.*

16.     On March 23, 2021, Tami Frain emailed Plaintiff and assured it that Frain and Frain Group could integrate, test, and install the Machines in Plaintiff's Texas facility in approximately ten weeks; Mrs. Frain's signature block showed Frain and its letterhead bore Frain Group. *See* Exhibit 3.

17.     Also, on March 23, 2021, Frain and Frain Group sent Plaintiff a Project Confirmation Letter (the "Letter Agreement") further detailing the agreed schedule and terms for the Project. *See* Exhibit 4. It stated that "Frain Integration is North America's largest provider of integrated packaging and processing solutions." *Id.* The Letter Agreement further reflected an additional required payment of $8,720 for Frain and Frain Group to travel to Plaintiff's Fort Worth facility and install and test these Machines. *Id.* It stated among other things:

- "Upon receipt of your signed agreement on the technical criteria, we will initiate work on the project."

- "Please sign and return this proposal for your acceptance of the project."

- "Terms: Payment set forth by the payment terms in <u>the Frain Group invoice</u> you received must be sent with your purchase order."

*Id.* (underline added).

18.     Between March and August 2021, representatives for Frain, Frain Group, and REF Leasing, on the one hand, and representatives for Plaintiff, on the other hand, had numerous phone calls and video conference calls while Plaintiff's representatives were in Plaintiff's Fort Worth, Texas facility. Plaintiff's representatives, including Dru Riess, Bo Bailey, Roger Guinn, and Eduardo Soto, had several phone calls *from Texas* with Defendants' representatives, including Mary Woodrick, Tami Frain, John Frain, Shawn Jackson, and Patrick Tamurino. Defendants' representative, Mary Frain, further called Plaintiff's Fort Worth facility several times and sent multiple emails requesting that Dru Riess or Eduardo Soto call her back or participate in video conferencing calls. These same individuals, as well as many other representatives for Defendants, sent and received hundreds of emails during this time.

19.     Likewise, between March and August 2021, Frain sent weekly marketing emails to Plaintiff touting their ability to "get the exact machine(s) or line you need prepped and shipped within weeks"; "get the precise line equipment you need quickly"; help "increase your time to market"; "get your lines running quickly with machines from Frain"; "Frain puts in the hours so you don't have to"; get "ahead of the competition"; "get your products to market faster with Frain"; "speed your next project into production"; "triple your production efficiency without additional capital;" and "slash your time to market."

20.     Consistent with the delivery timeline represented by Frain and Frain Group and the parties' discussions regarding the importance of expedited delivery of the Machines to meet the requirements of Plaintiff's impending customer orders, the Letter Agreement scheduled the Factory Acceptance Test (the "FAT") for the Machines for June 1, 2021. The purpose of the FAT is to verify that manufactured (or, in this case, refurbished and configured) equipment meets the requirements for the purchaser's intended purpose. The FAT is a critical point in any project because it validates the operation of the equipment and makes sure the customer's purchase order

specifications and all other requirements have been met so that the equipment can then be immediately delivered, installed, and placed into operation.

21.     Also on March 23, 2021 – the same day it received the Letter Agreement - Plaintiff wired the first $100,000 payment required by Invoice 722805-3 to REF Leasing (and in the following two months, Plaintiff made the additional payments and deposits required by Defendants to REF Leasing directly, and by May 2021 had made cumulative advance payments totaling **$319,973.00**).

22.     On March 31, 2021, Plaintiff's representative, Bo Bailey, read the Letter Agreement's description; accepted started up and training of the Machines by specifically checking the box "I accept Startup & Training as described above"; and signed the Letter Agreement. By at least that date, an enforceable contract, including the 30-month lease term for the Machines, existed based on the terms offered by Defendants in the March 16 Invoice and March 23 Letter Agreement; Plaintiff's unconditional acceptance of that offer by signing the Letter Agreement and making the initial payment; and Defendants' acceptance of Plaintiff's advance payment in compliance with Frain's and REF Leasing's stated payment terms (the "Agreement").

*Frain and Frain Group's representations from April 2021 through July 2021*

23.     For the next two months, well into May 2021, Frain and Frain Group continued to represent to Plaintiff that the Machines were on target for completion by the agreed June 1 FAT testing date. *See* Exhibit 5 (May 2021 email from Frain employee Mary Woodrick, "[w]e are on target for the estimated FAT date of 6/1, **however I will lock in actual FAT date one week prior**."). Plaintiff continued to accept and process orders from its customers in reliance on Frain and Frain Group's assurances of the impending delivery of the high-speed Machines, and took no action to procure the necessary packaging equipment from other sources.

24.     In late May 2021, with the June 1 FAT testing date only days away, Frain and Frain Group notified Plaintiff for the first time that the June 1 FAT deadline would have to be postponed. Frain and Frain Group represented to Plaintiff that the delay was due to the fact that Frain and Frain Group were waiting on components from their own suppliers. *See* Exhibit 6 (May 27 email from Woodrick, "We are waiting on container handling parts, infeed star, timing screw, discharge star as well as miscellaneous electrical components for explosion proof. We are currently estimating 6/18 for the FAT, but will lock in actual date one week prior.").

25.     On June 2, 2021, Defendants' Chief Operating Officer, Shawn Jackson, emailed Plaintiff's representative, Dru Reiss, discussing his (obvious mis)understanding of Frain and Frain Group's obligations. Several additional emails followed between Dru Reiss and Shawn Jackson, and on June 8, 2021, Frain and Frain Group provided an updated FAT date of June 28, 2021.

26.     By June 17, 2021, Frain and Frain Group had notified Plaintiff that the FAT date would have to be postponed again, this time "guaranteeing" a FAT date of June 29, 2021. *See* Exhibit 7 (June 17 email exchange between Plaintiff's employee, Dru Reiss, "[Frain employee] Shawn Jackson told us 6/29 was the guaranteed firm fat!" and response from Woodrick, "Yes, that is correct, we will do the FAT on 6/29… .").

27.     The FAT was finally conducted on June 28-30, and revealed additional work that needed to be done before the Machines could be crated prior to shipment.

28.     On June 30, 2021, Frain mailed Plaintiff a letter (reflecting a backdated date of April 8, 2021) *to Plaintiff's Fort Worth facility* restating the installation, startup, and training language found in the Letter Agreement and attaching Invoice 801534. *See* Exhibit 8. Notably, Frain's Invoice 801534 reflects the "BILL TO" address and "LOCATION OF SERVICE" address as Plaintiff's Fort Worth facility yet, for the first time, bore Frain letterhead. *Id.* Frain's Invoice 801534 further provided that two of Defendants' technicians would travel *to Texas* and spend a combined 48 hours

of labor testing and installing the Machines. *Id.* This Invoice provided various payment methods, including by check, credit card and: wire. *Id.* Between June 30 and July 6, 2021, several emails were exchanged between Frain and Frain Group representatives and Plaintiff's representatives that concluded with the issuance of a Purchase Order for the installation, startup, and training in the required amount of $8,720. *Id.*

29.     Plaintiff promptly directed that payment be made in the amount of $8,720 to REF Leasing *from Texas. See* Exhibit 9 (July 7, 2021 wire transfer initiated by Plaintiff). Plaintiff and Frain and Frain Group also discussed at that time that the: (i) estimated truck freight time would be two to three days; (ii) installation would take approximately one week; (iii) training by Frain and Frain Group engineers at Plaintiff's Fort Worth facility would occur three weeks after shipping; and (iv) Frain and Frain Group engineers would be required to come back to Texas – at Plaintiff's expense – for any needed maintenance and repairs.

30.     By late July, Frain and Frain Group still had not delivered the Machines.

31.     On July 22, 2021, Frain, Frain Group, and/or REF Leasing sent Plaintiff a new Lease Agreement purporting to change the previously agreed payment schedule and add many new Defendant-favorable terms to the parties' Agreement. *See* Exhibit 10. Frain, Frain Group, and/or REF Leasing informed Plaintiff that they would not ship the already well past-due Machines until Plaintiff amended the previously agreed terms for the transaction by signing and returning the amended Lease Agreement.

32.     Two more weeks past during which Plaintiff continued to urge representatives for Defendants to perform their obligations under the parties' existing Agreement.

*Defendants attempt to shift blame for their delay to Plaintiff in August 2021*

33.     On August 6 – more than two months after the original June 1 FAT deadline – Frain finally responded by way of an email from its COO, Shawn Jackson. *See* Exhibit 11. But instead of

offering a proposal to mitigate the enormous losses that Plaintiff had already incurred due to Frain and Frain Group's failure to timely deliver the Machines, Defendants breached the parties' agreement again – this time by reneging on the agreed lease payout structure entirely and sending Plaintiff a demand invoice for an immediate cash payment of $1,075,000 to be paid this time directly to Frain and _not_ REF Leasing. *See* Exhibit 12.

34.     In the same August 6 email, Frain's story about the cause of the two-month delivery delay changed 180 degrees. Contrary to the written and verbal admissions from their "boots on the ground" employees during May and June that the delay was caused by Frain and Frain Group's failure to timely obtain required components for the Machines, Frain's COO for the first time sought to blame the delay on Plaintiff's failure to timely deliver packaging and materials. To be clear, Frain's belated excuse has no basis in fact: Plaintiff timely delivered all packaging and materials to ensure Frain and Frain Group could meet the June 1 FAT deadline.

35.     Thus, by mid-August 2021, Frain, Frain Group, and/or REF Leasing had (i) represented to Plaintiff that they could deliver critical Machines on an expedited basis of not more than 10 weeks; (ii) contracted to deliver those Machines under a 30-month lease payout; (iii) accepted and retained payments from Plaintiff totaling $319,973.00, including the first three lease payments for the agreed 30-month term; (iv) failed to meet the agreed upon June 1 FAT testing date; (v) admitted on multiple occasions that the delay was caused by Defendants' inability to obtain required components; (vi) failed to deliver the Machines in June or July; (vii) attempted to use the desperate circumstances they had created for Plaintiff to re-trade the deal on July 21 to include onerous Lessor-favorable lease terms that were never discussed or agreed to by the parties; (viii) changed the deal again on August 6 by repudiating the agreed upon lease arrangement entirely and demanding a $1.075 million cash payment for delivery of the Machines; and (ix) changed their story

and tried to fabricate an excuse to blame Plaintiff for delays that resulted entirely from Defendants' inability to perform.

36.     On August 19, 2021, Plaintiff sent Frain formal written notice of Plaintiff's election to treat the Agreement as terminated effective immediately based on Defendants' material breach of contract. Plaintiff demanded the return of the advance payments made to REF Leasing months earlier for the undelivered Machines. Defendants did not respond and, to date, have wrongfully retained $319,973.00 in advance payments received from Plaintiff without delivering anything of value in return.

*Defendants' failures and representations damage Plaintiff and its business*

37.     The economic damages suffered by Plaintiff as a result of Frain and Frain Group's fraud go far beyond the amount of the unreturned deposit. At the time of the Agreement, Plaintiff owned and operated one line of liquid filling machines for the packaging of liquid products ordered by its customers.[1] The Machines were supposed to provide an additional high-speed line for use with existing customers. In reliance on timely obtaining and installing the upgraded and faster Machines, Plaintiff constructed a completely new section in its plant to hold alcohol, and process through to the new filling line at substantial cost.

38.     Plaintiff's inability to fill and package liquid products at the increased speeds that would have been allowed by the Machines resulted in a direct loss of production value for certain large customers. UniWell had no choice but to shift orders to the existing slower filling line and attempt to meet its obligations to those customers – but at a vastly reduced capacity after planning for the increased capacity provided by the Machines. The damages to Plaintiff were compounded because it then lost the ability to fill and deliver other products for other customers on the existing filler line. Plaintiff continues to incur large volumes of lost sales as of the date of the filing of its

---

[1] Liquid filling machines are important equipment in various industries such as neutraceuticals and food & beverages industries where large quantities of liquids must be efficiently packed in containers quickly and without excessive waste.

state court Petition and this First Amended Complaint – damages which will continue to accrue for the foreseeable future.

<u>**Common Law Fraud (Against Frain and Frain Group)**</u>

39.     Plaintiff incorporates the foregoing paragraphs as though fully set forth herein.

40.     Frain and Frain Group's wrongful conduct described above constitutes actionable fraud and fraudulent inducement based on misrepresentation. Frain and Frain Group made material representations to Plaintiff. Those representations were false. Frain and Frain Group made those representations with knowledge of their falsity, or recklessly without knowledge of the truth and as positive assertions, and with the intent they should be acted on by Plaintiff. Frain and Frain Group made promises to Plaintiff with no intent to perform those promises at the time they were made. Plaintiff acted in reliance on Frain and Frain Group's misrepresentations in entering into and closing the Agreement, and thereby suffered actual damages including, but not limited to, benefit-of-the-bargain and out of pocket damages, special damages including lost profits, pre- and post-judgment interest, and costs of suit.

<u>**Negligent Misrepresentation (Against Frain and Frain Group)**</u>

41.     Plaintiff incorporates the foregoing paragraphs as though fully set forth herein.

42.     By their wrongful conduct described above, Frain and Frain Group, in the course of their business and a transaction in which they had a pecuniary interest, supplied false information for the guidance of Plaintiff in its business transactions. Plaintiff justifiably relied on the information provided by Frain and Frain Group in entering into the Agreement and, as a result, suffered actual damages including, but not limited to, benefit-of-the-bargain and/or out of pocket damages, special damages including lost profits, plus reasonable and necessary attorneys' fees, pre- and post-judgment interest, and costs of suit. Frain and Frain Group are liable for the pecuniary loss caused to Plaintiff

by its justifiable reliance on the information provided by Frain and Frain Group, which failed to exercise reasonable care or competence in obtaining or communicating the information.

## Breach of Contract (Against All Defendants)

43. Plaintiff incorporates the foregoing paragraphs as though fully set forth herein.

44. The Agreement is a valid and enforceable contract.

45. Plaintiff performed, tendered performance of, or was excused from performing its contractual obligations to Frain and REF Leasing.

46. By their wrongful conduct described above, Frain and REF Leasing materially breached their contractual obligations under the Agreement by failing to timely comply with the FAT, have the Machines crated timely, and install and test the Machines in Plaintiff's Fort Worth facility.

47. As a direct and proximate result, Plaintiff suffered actual damages including, but not limited to, benefit-of-the-bargain and out of pocket costs, special damages including lost profits, reasonable and necessary attorneys' fees, pre- and post-judgment interest, and costs of suit.

## Unjust Enrichment (Against All Defendants)

48. By their wrongful conduct described above, Frain, Frain Group, and/or REF Leasing wrongfully and unjustly obtained and retained an economic benefit at the detriment of Plaintiff by fraud, the taking of undue advantage, and/or other inequitable circumstances. Because it would be fundamentally unjust and inequitable to permit Frain, Frain Group, and/or REF Leasing to provide themselves an economic windfall at Plaintiff's expense under the circumstances described herein, principles of equity require Frain, Frain Group, and/or REF Leasing to make restitution of that sum.

## Rescission (Against All Defendants)

49.     In the alternative to the above-described damages, Plaintiff seeks rescission of the Agreement and return of all consideration paid to REF Leasing.

## Exemplary Damages (Against Frain and Frain Group)

50.     Frain and Frain Group's wrongful conduct described above comprises fraudulent conduct for which the law allows the imposition of exemplary damages, in that Frain and Frain Group made material representations that were false, knowing they were false or with reckless disregard as to their truth and as positive assertions, with the intent that the representation be acted on by Plaintiff. Plaintiff relied on the representations and suffered injury as a result of its reliance. Plaintiff, therefore, seeks exemplary damages in an amount within the jurisdictional limits of the Court.

## Attorneys' Fees (Against All Defendants)

51.     Pursuant to TEXAS CIVIL PRACTICE & REMEDIES CODE §§ 38.001, the Agreement, and other applicable law, Plaintiff is entitled to recover its reasonable and necessary attorneys' fees incurred in connection with this action through trial and any appeal.

## Conditions Precedent

52.     All conditions precedent to the recovery sought herein have been met or waived.

## Relief Requested

Plaintiff requests that Defendants be cited to appear and answer this case and, upon final trial, Plaintiff have judgment in its favor and against Defendants for actual damages, including benefit of the bargain and out of pocket damages, special damages including lost profits, rescission, exemplary damages, attorneys' fees, costs of court, pre- and post-judgment interest as allowed by law, and any further legal or equitable relief to which Plaintiff may be justly entitled.

Respectfully submitted,

/s/ William D. Dunn

William D. Dunn
State Bar No. 24002023
ddunn@dunnsheehan.com
Blake J. Brownshadel
State Bar No. 24073969
bbrownshadel@dunnsheehan.com
**DUNN SHEEHAN LLP**
5910 N Central Expy., Suite 1310
Dallas, TX 75206
214.866.0156
972.764.8334

**COUNSEL FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

Plaintiff certifies that a copy of the foregoing document was filed with the Court's ECM/EF system on March 8, 2022, and thus a copy of the same was made available to all counsel appearing in this matter via email transmission to their electronic email addresses of record via the Court's ECM/EF system.

/s/ Blake J. Brownshadel

Blake J. Brownshadel

# Exhibit 1


# REF LEASING CO.

*A FRAIN GROUP COMPANY*

245 E North Ave, Carol Stream, IL 60188
Web Site: www.fraingroup.com  Email: sales@fraingroup.com
Fax: 630-629-6575          Phone 630-629-7196

# INVOICE



722805-3

| B I L L T O | UniWell Labs | S H I P T O | |
|---|---|---|---|
| | Mr. Eduardo Soto | | Mr. Eduardo Soto |
| | 14801 Sovereign Rd | | 14801 Sovereign Rd |
| | Fort Worth, TX  76155 | | Fort Worth, TX  76155 |
| | 817-510-1850  Fax: | | |

| INVOICE DATE | PO NUMBER | ORDER DATE | SALESPERSON | SHIP VIA | TERMS |
|---|---|---|---|---|---|
| 3/16/21 | Verbal | 3/16/21 | Tami Frain | To Advise | See Notes Below |

| | INVENTORY | DESCRIPTION |
|---|---|---|
| 1 | 5G9579 | Certified Pre-Owned New England NEHCPE60 Unscrambler 2782 |
| 2 | 5E0149 | Certified Pre-Owned MRM Elgin RPF-16 Filler Can 78026 |
| 3 | 5F3630 | Certified Pre-Owned Resina UN40-1202 Capper 927125 |
| 4 | 5H0540 | Certified Pre-Owned 1"W X 32"L Conveyor N/A |
| 5 | R34160 | Certified Pre-Owned All Fill ALPHA PW12 Checkweigher 980914 |
| 6 | 5H0541 | Certified Pre-Owned ... 1"W X 32"L Conveyor N/A |
| 7 | R33711 | Certified Pre-Owned Nita Smart Labeling Systems XP200T Labeler |
| 8 | R28896 | Certified Pre-Owned Accutek 48 Unscrambler A17LO72377 |
| 9 | R33030 | Certified Pre-Owned Markem C150 Coder |

The above machines are on a 31month lease to start on 7/1/2021.  The monthly payment will be $38,000 for 30 months and $16,357 on the 31st month.  $1.00 buyout at the end of the lease.

TERMS:
$100,000 Due with order
$100,000 In 30 days
$111,253 In 60 days, prior to shipment

Price includes machinery reconditioned, set up, and set to 2 oz round, if applicable, with factory acceptance testing in our Engineered Service Facility.  Filler and capper to be explosion proof, class 1/division 1.

Lead time is 10 weeks from receipt of deposit payment, signed lease agreement and testing materials.

AIR RIDE TRUCK RECOMMENDED FOR ALL SHIPMENTS

| CHARGES | |
|---|---|
| Down Payment: | 100,000 |
| Crating: | 11,253 |
| in 30 Days: | 100,000 |
| in 60 Days: | 100,000 |

| PAYMENTS AND CREDITS | |
|---|---|
| Payment 3/23/2021 | 100,000 |
| Payment 4/27/2021 | 100,000 |
| Payment 5/21/2021 | 111,253 |
| **Total Due Now:** | **$0** |

Payment and purchase order must be made out to **REF Leasing Co.**

*This is a one of a kind machine and payment is due immediately.  This machine is available for sale to other interested parties until payment is received.*

*Subject to credit approval and lease terms and conditions*

*Thank you for your order !*

To move forward with your order, payment is due prior to shipment. We accept Visa, MasterCard and Amex.  If you are paying via check, please mail (USPS, FedEx or UPS) a check for the amount of the invoice to our main address.
You also may wire funds, refer to the instructions included in this document.

# Exhibit

# Blake Brownshadel

**From:**         Tami Frain <tami@frain.com>
**Sent:**         Monday, March 22, 2021 4:45 PM
**To:**           Eduardo Soto
**Subject:**      Frain Industries - Engineered Services Proposal (customer 342507, UniWell Labs)
**Attachments:**  ES13522.PDF

Dear Mr. Soto,

Thank you for the opportunity to present this proposal for Engineered Services.  The Frain Group specializes in the reconditioning of packaging and processing equipment, and therefore believe we offer the highest quality of services available.  Please review this proposal and call if you have any further questions.  We look forward to working with you.

Attached, you will find your proposal in Adobe PDF format.  If you have trouble opening the attachment, you may download a free version of the Acrobat Reader at http://get.adobe.com/reader/.

Tami Frain
Executive Account Manager
Frain Industries
245 E North Ave
Carol Stream, IL  60188
Direct: 630-889-5754
E-mail: tami@frain.com
Web: www.fraingroup.com

Engineered Services Proposal attached

Cc: John Frain, Frain Group Engineer

# Proposal for Engineered Services

**Presented To:** **UniWell Labs**

Mr. Eduardo Soto



March 22, 2021

**Presented By:** Tami Frain, Account Manager

John Frain, Engineer



245 E North Ave, Carol Stream, IL 60188
(P) 630-629-9900 (F) 630-629-6575
www.fraingroup.com  sales@fraingroup.com

The Frain Group is pleased to present UniWell Labs with our proposal for quality, pre-owned packaging and processing production equipment with associated Set-to-Size and Retooling Services. The Frain Group's Engineered Services Division will provide the proposed services. Our proposal is based on our recent discussions regarding your current needs and production requirements and includes an array of world-class professional services to supplement your equipment acquisition.

 Our Engineered Services Division consists of a staff of 40 highly skilled mechanical and electrical technicians representing hundreds of years of work experience. The Engineered Services shop is larger than 2 football fields. These resources combined with our comprehensive approach assure that your project is managed professionally to meet your expectations on delivery time and cost.

We ship hundreds of machines from our warehouse monthly. A large percentage of our customers opt for the high quality engineering and set up services provided by the Frain Group. This allows you to select the resources and expertise, as desired, to get your equipment installed and running to your specifications faster and at lower cost. 

With every Engineered Services project, the Frain Group sets your machine to size and places your machine into Good Working Condition by:



- Thoroughly inspecting your equipment mechanically, electrically and pneumatically;
- Repairing and replacing worn, damaged, or missing components
- Improving appearance by cleaning, repainting and polishing;
- Engineering, designing and fabricating the appropriate change parts to run your specific product;

- Adjust your machine to your specific requirements;
- Conducting factory acceptance test (FAT) with your product at your operating rate;
- Training your operators at our facility;
- Providing maintenance operating and instruction manuals;
- Protecting your purchase through our 180-day warranty on all replacement parts;

The Frain Group offers installation, preventive maintenance, and periodic inspection services, on an hourly fee, or contract basis. This flexibility allows UniWell Labs to "pick and choose" the appropriate Frain Group services to supplement your internal capabilities.

*THIS PROPOSAL IS VALID FOR 30 DAYS, BASED ON MACHINE AVAILABILITY, AND IS SUBJECT TO REVISION UPON RECEIPT OF FINAL SPECIFICATIONS, INSPECTION OF THE EQUIPMENT, AND RECEIPT OF FINAL TEST MATERIALS.*

*To protect your investment, you have the option to hold the equipment for either 7 days for $2,500, or 30 days for 10% of the purchase cost (minimum $2,500), both refundable via a merchandise credit.*



Upon acceptance of our proposal, our Engineered Services Division will prepare a detailed project Work Scope. The Work Scope lists your requirements and describes the specific services the Frain Group will perform.  Our project manager provides weekly updates as well as coordinating your factory acceptance test, operator training, and shipping.

How you finance your packaging and processing capital goods is as important as your equipment selection. With the Frain Group, it's no big deal! To address a variety of operating needs, we developed a variety of financing options:

$   BUY: The simplest option! Pay 100% of the purchase price. Pick up your equipment. Add it to your production line and your balance sheet . . . immediately!

$   BORROW: Faced with seasonal peaks or short-term capacity demands? Need to preserve scarce capital? The rental option is your best choice! Use your equipment at least 3 months, or as long you want, and ship it back when you're done. Secure your rental with a security deposit. Build equity toward the purchase with each rental payment. Convert to a purchase when your short-term need changes to a long-term requirement.

The Frain Group recognizes that your most critical concern is TIME! Your project needs to achieve profitability ASAP! That's why we assemble a combination of engineering, technical, financial and marketing experts onto each and every call. The Frain team listens to your needs and quickly identifies the Frain machine to meet your needs from our inventory of over 8,000 machines. All of our machines are in stock and immediately available.  We can have them on the way into our shop for Engineered Services or on the road to your plant within 48 hours.



During our 37+ years in business The Frain Group has grown to become the leading supplier of pre-owned packaging and processing machinery in North America.  We are committed to provide UniWell Labs  with high quality reconditioning services in a timely and efficient manner.

*Flexibility, Simplicity, Quality: The Frain Group Advantage!*

*THIS PROPOSAL IS VALID FOR 30 DAYS, BASED ON MACHINE AVAILABILITY, AND IS SUBJECT TO REVISION UPON RECEIPT OF FINAL SPECIFICATIONS, INSPECTION OF THE EQUIPMENT, AND RECEIPT OF FINAL TEST MATERIALS.*

*To protect your investment, you have the option to hold the equipment for either 7 days for $2,500, or 30 days for 10% of the purchase cost (minimum $2,500), both refundable via a merchandise credit.*

## Proposed Equipment Purchase Solution



Inventory #: **5G9579**
Equipment: **New England**
                   **Unscrambler**

Model: **NEHCPE60**
Serial #: **2782**

**Equipment Description:**

● New England, Model NEHCPE-60, automatic, stainless steel, compact, bulk plastic bottle feeder and unscrambler.

*THIS PROPOSAL IS VALID FOR 30 DAYS, BASED ON MACHINE AVAILABILITY, AND IS SUBJECT TO REVISION UPON RECEIPT OF FINAL SPECIFICATIONS, INSPECTION OF THE EQUIPMENT, AND RECEIPT OF FINAL TEST MATERIALS.*

*To protect your investment, you have the option to hold the equipment for either 7 days for $2,500, or 30 days for 10% of the purchase cost (minimum $2,500), both refundable via a merchandise credit.*

## Proposed Equipment Purchase Solution



Inventory #: **5E0149**
Equipment: **MRM Elgin Filler Can**

Model: **RPF-16**
Serial #: **78026**

**Equipment Description:**

● 16-head rotary stainless steel piston filler with 12 oz pistons

*THIS PROPOSAL IS VALID FOR 30 DAYS, BASED ON MACHINE AVAILABILITY, AND IS SUBJECT TO REVISION UPON RECEIPT OF FINAL SPECIFICATIONS, INSPECTION OF THE EQUIPMENT, AND RECEIPT OF FINAL TEST MATERIALS.*

*To protect your investment, you have the option to hold the equipment for either 7 days for $2,500, or 30 days for 10% of the purchase cost (minimum $2,500), both refundable via a merchandise credit.*

## Proposed Equipment Purchase Solution



Inventory #: **5F3630**
Equipment: **Resina Capper**

Model: **UN40-1202**
Serial #: **927125**

**Equipment Description:**

● Inline stainless steel capper 8 spindle cap tightner.

*THIS PROPOSAL IS VALID FOR 30 DAYS, BASED ON MACHINE AVAILABILITY, AND IS SUBJECT TO
REVISION UPON RECEIPT OF FINAL SPECIFICATIONS, INSPECTION OF THE EQUIPMENT, AND
RECEIPT OF FINAL TEST MATERIALS.*

*To protect your investment, you have the option to hold the equipment for either 7 days for $2,500, or
30 days for 10% of the purchase cost (minimum $2,500), both refundable via a merchandise credit.*

## Proposed Equipment Purchase Solution



Inventory #: **5H0540**
Equipment: **... Conveyor**

Model: **1"W X 32"L**
Serial #: **N/A**

**Equipment Description:**

● Bottomless, stainless steel, side belt transport conveyor.

*THIS PROPOSAL IS VALID FOR 30 DAYS, BASED ON MACHINE AVAILABILITY, AND IS SUBJECT TO REVISION UPON RECEIPT OF FINAL SPECIFICATIONS, INSPECTION OF THE EQUIPMENT, AND RECEIPT OF FINAL TEST MATERIALS.*

*To protect your investment, you have the option to hold the equipment for either 7 days for $2,500, or 30 days for 10% of the purchase cost (minimum $2,500), both refundable via a merchandise credit.*

## Proposed Equipment Purchase Solution



Inventory #: **R33942**
Equipment: **All Fill Checkweigher**

Model: **ALPHA PW12**
Serial #: **980915**

**Equipment Description:**

● All Fill, Alpha Model PW12, stainless steel, checkweigher

*THIS PROPOSAL IS VALID FOR 30 DAYS, BASED ON MACHINE AVAILABILITY, AND IS SUBJECT TO REVISION UPON RECEIPT OF FINAL SPECIFICATIONS, INSPECTION OF THE EQUIPMENT, AND RECEIPT OF FINAL TEST MATERIALS.*

*To protect your investment, you have the option to hold the equipment for either 7 days for $2,500, or 30 days for 10% of the purchase cost (minimum $2,500), both refundable via a merchandise credit.*

## Proposed Equipment Purchase Solution



Inventory #: **5H6802**
Equipment: **... Conveyor**

Model: **1"W X 32"L**
Serial #: **N/A**

**Equipment Description:**

● Bottomless, stainless steel, side belt transport conveyor.

*THIS PROPOSAL IS VALID FOR 30 DAYS, BASED ON MACHINE AVAILABILITY, AND IS SUBJECT TO REVISION UPON RECEIPT OF FINAL SPECIFICATIONS, INSPECTION OF THE EQUIPMENT, AND RECEIPT OF FINAL TEST MATERIALS.*

*To protect your investment, you have the option to hold the equipment for either 7 days for $2,500, or 30 days for 10% of the purchase cost (minimum $2,500), both refundable via a merchandise credit.*

## Proposed Equipment Purchase Solution



Inventory #: **R33711**

Equipment: **Nita Smart Labeling Systems Labeler**

Model: **XP200T**

Serial #: **1708-01-0820**

**Equipment Description:**

- Nita, Model XP200T front, back and wrap labeler

*THIS PROPOSAL IS VALID FOR 30 DAYS, BASED ON MACHINE AVAILABILITY, AND IS SUBJECT TO REVISION UPON RECEIPT OF FINAL SPECIFICATIONS, INSPECTION OF THE EQUIPMENT, AND RECEIPT OF FINAL TEST MATERIALS.*

*To protect your investment, you have the option to hold the equipment for either 7 days for $2,500, or 30 days for 10% of the purchase cost (minimum $2,500), both refundable via a merchandise credit.*

## Proposed Equipment Purchase Solution



Inventory #:  **R33030**

Equipment:  **Markem Coder**

Model:  **C150**
Serial #:

**Equipment Description:**

● Markem Imaje, Model SL-C150 laser coder.

*THIS PROPOSAL IS VALID FOR 30 DAYS, BASED ON MACHINE AVAILABILITY, AND IS SUBJECT TO REVISION UPON RECEIPT OF FINAL SPECIFICATIONS, INSPECTION OF THE EQUIPMENT, AND RECEIPT OF FINAL TEST MATERIALS.*

*To protect your investment, you have the option to hold the equipment for either 7 days for $2,500, or 30 days for 10% of the purchase cost (minimum $2,500), both refundable via a merchandise credit.*

## Proposed Equipment Purchase Solution



Inventory #: **R32780**
Equipment: **Accutek Unscrambler**

Model: **48**
Serial #: **A17L073871**

**Equipment Description:**

- 48"diameter, stainless steel, rotary disc accumulator

*THIS PROPOSAL IS VALID FOR 30 DAYS, BASED ON MACHINE AVAILABILITY, AND IS SUBJECT TO REVISION UPON RECEIPT OF FINAL SPECIFICATIONS, INSPECTION OF THE EQUIPMENT, AND RECEIPT OF FINAL TEST MATERIALS.*

*To protect your investment, you have the option to hold the equipment for either 7 days for $2,500, or 30 days for 10% of the purchase cost (minimum $2,500), both refundable via a merchandise credit.*

## Proposed Equipment Purchase Solution - Continued

**Project:**  2 oz round Purel hand sanitizer filling/packaging line
for 120-150 bottles/minute.

**Engineered Services - Reconditioning, Setup, and Services:**

- Machinery will be reconditioned, set up, and set to one size.

- Packaging samples provided by UniWell Labs to Frain.

- Factory Acceptance Test and Operator Training at Frain
Group, Carol Stream, IL engineering facility.

- Integrated per line drawing provided with interconnecting conveyors and transfers.



- Filler/capper will be Class 1 division 1 XP rated.

- Bulk bottle elevator/unscrambler single filing bottles into rotary piston filler/inline capper,
checkweigher, wraparound pressure sensitive labeler/laser printer, accumulation table.

- Estimated production rate: 150 bottles/min with a run rate of 120 bottles/min.

**Cost per Container:**

**If purchased, based on a 500 minute shift and a line speed of 120 containers per
minute, the cost of the machinery over a 24 month period will be $0.0477 per
container.**

**Projected Equipment Setup Time:**  10 to 12 weeks

Actual projected set up time will be quoted upon receipt of samples.

Project begins upon receipt of 50% of the Purchase Price with crating fee, and delivery of the required product and packaging samples to
the Frain Group. Balance due upon acceptance at our Engineered Service facility and prior to shipment.

| Proposed Equipment Solution with Engineered Services Purchase Price | $1,375,000 |
|---|---|
|  |  |

**Note:**  Crating additional.  Shipping FOB Frain.

*THIS PROPOSAL IS VALID FOR 30 DAYS, BASED ON MACHINE AVAILABILITY, AND IS SUBJECT TO
REVISION UPON RECEIPT OF FINAL SPECIFICATIONS, INSPECTION OF THE EQUIPMENT, AND
RECEIPT OF FINAL TEST MATERIALS.*

*To protect your investment, you have the option to hold the equipment for either 7 days for $2,500, or
30 days for 10% of the purchase cost (minimum $2,500), both refundable via a merchandise credit.*

# Exhibit

# Blake Brownshadel

| | |
|---|---|
| **From:** | Tami at Frain <Tami@frain.com> |
| **Sent:** | Tuesday, March 23, 2021  :51  M |
| **To:** | Dru  iess |
| **c:** | o  ailey |
| **Subject:** | E: The Frain  roup -  orrespondence (customer 342507) |

We are good, thank you.  I have been in contact with Eduardo this morning.

---

Dru Riess  dr@uniwelllabs.com
Tuesday, March 23, 2021 8:20 AM
Tami at Frain  Tami@frain.com
o  ailey  bbailey@uniwelllabs.com
RE: The Frain Group - Correspondence  customer 342507

Tami,

Please have the process started ASAP   o and I will execute any need you have rapidly. Time is of the essence and with the 10-week lead do you anticipate needing our team up there May 24-25th[th]   ow many days do you need our people for the validation period

If we validated then would you think we could have the machine shipped, installed, and operational by June 9

Eduardo is big on expectations and meeting them. Please communicate with   o and I on every step of the process.

It is not an exaggeration when I say I put my  ob on the line bringing Frain in on this. We were set with the other vendor, the team had worked on this for months, and I put everything at a stop for you guys. Let s prove everyone right please. Let s put our best foot forward and make this a huge success.

Confirm the dates above.

Dru

---

Eduardo Soto   esoto@uniwelllabs.com
Tuesday, March 23, 2021 8:05 AM
tami@frain.com
o  ailey  bbailey@uniwelllabs.com   Dru Riess  dr@uniwelllabs.com
Re: The Frain Group - Correspondence  customer 342507

Good morning Tami,

Attach please find a PDF copy of AC    payment to REF Leasing Co in the amount of   100,000, per your  instructions.

My understanding is that you <u>do  to need the containers, caps, labels and totes right away.</u> Is that correct   If so please indicate when will you need them so we can p lan accordingly.

 ery truly yours,

1



**Eduardo E Soto**
*CEO & Chairman of The Board*

*esoto@uniwelllabs.com*
14801 Sovereign Road
Fort Worth, TX 76155
Office 817.510.1850 │ Mobile  561.8097686
www.uniwelllabs.com

*"We create and provide innovative products that make people healthier, happier and more productive"*

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

n Mar 22, 2021, at 6:16 PM, Tami Frain   tami@frain.com   wrote:







**Attn: Mr. Eduardo Soto**
*UniWell Labs*

Eduardo,

The engineering service proposal was send with a leadtime of 10-12 weeks. This letter is to confirm the lead time is 10 weeks from receipt of invoice payment, signed lease agreement and testing materials.

Please send:

15,000 containers
15,000 caps
4 full rolls of labels
Two totes of product

Please send to:

Frain Industries
Attn: Uniwell
245 E North Avenue
Carol Stream, IL 60188

Thank you again,


Tami Frain
Executive Account Manager
Frain Industries, Inc.
245 E North Ave
Carol Stream, IL 60188
Direct: 630-889-5754
E-mail: tami@frain.com
Web: www.fraingroup.com
Driving Directions (google maps)

Cc: John Frain (jfrain@frain.com)



Call: **630-629-9900** or email: sales@fraingroup.com
View Our Entire Inventory at www.fraingroup.com


scanned by AppRiver SecureTide



scanned by AppRiver SecureTide

# Exhibit



245 E North Ave, Carol Stream, IL 60188
(P) 630-629-9900  (F) 630-510-1101
sales@fraingroup.com   www.fraingroup.com

# Project Confirmation Letter

Mr. Bo Bailey
UniWell Labs

*Frain Quote Number:* CQ13525
March 23, 2021

Dear Bo,

Frain is pleased to present this Project Confirmation Letter (PCL) for your review and acceptance.

Frain Integration is North America's largest provider of integrated packaging and processing solutions.

This letter is designed to review your equipment specifications and outline the scope of work.  Please review this information and upon acceptance, sign the letter using the Sertifi Electronic Signature option.

You can also print a hard copy, sign each signature page and fax the PCL to 630-510-1101. Select PRINTABLE VERSION (top right of screen) while viewing the document online, and follow the on screen directions.

## <u>Estimated</u>  Factory Acceptance Test for this project:  **06/01/2021**

**Please note that a delay will occur if product samples and test materials are not received.**

In order for us to meet this date, we will need the following from you:

1. Product samples and test materials (if not already sent).
2. Your Signature on the Acceptance page.
3. Your Signature on the Project Overview page under electrical requirements.
4. Your Signature on the Guard and Barrier Disclosure page.
5. Your Signature on the Startup and Training page.
6. Your Signature and selections on the Options page (if included).

Upon receipt of your signed agreement on the technical criteria, we will initiate work on the project.  Frain Integration will also provide you with a written project status report each week on overall project status.

Please sign and return this proposal for your acceptance of the project, and call if you have any further questions.  We look forward to working with you.

Regards,

*Mary Woodrick*

Mary Woodrick
Director of Projects
The Frain Group

### Key Management Contacts

| | | | | |
|---|---|---|---|---|
| Mary Woodrick | Director of Projects | 630-889-5707 | 847-809-1744 | mwoodrick@frain.com |
| Mitch Budic | Director of Engineering | 630-889-5648 | 630-417-3970 | mbudic@frain.com |
| Jonathan Paschall | Shipping Manager | 630-889-5641 | 630-417-3972 | jpaschall@frain.com |
| Jennifer Xhela | Project Coordinator | 630-889-5650 | 630-797-8563 | jxhela@frain.com |
| Shawn Jackson | General Manager | 630-889-5649 | 630-746-7212 | sjackson@frain.com |
| Dale Hammersmith | Field Service Manager | 630-327-2144 | 630-327-2144 | dhammersmith@frain.com |



FRAIN INDUSTRIES, INC.
A FRAIN GROUP COMPANY

245 E North Ave, Carol Stream, IL 60188
(P) 630-629-9900  (F) 630-510-1101
sales@fraingroup.com   www.fraingroup.com

# Project Overview

Mr. Bo Bailey
UniWell Labs

*Frain Quote Number:* CQ13525
March 23, 2021

Please review the Machine Specifications, Product Specifications, and the list of required Testing Materials.

## Machine Specifications

| | | |
|---|---|---|
| 5G9579 | New England NEHCPE60 Unscrambler 2782 | 240 VAC, 3 phase, 60 hz;  Air: 40 to 60 PSI |
| 5E0149 | MRM Elgin RPF-16 Filler Can 78026 | 240 VAC, 3 phase, 60 hz;  Air: 40 to 60 PSI |
| 5F3630 | Resina UN40-1202 Capper 927125 | 120 VAC, 1 phase, 60 hz |
| 5H0540 | ... 1"W X 32"L Conveyor N/A | 120 VAC, 1 phase, 60 hz |
| R34160 | All Fill ALPHA PW12 Checkweigher 980914 | 120 VAC, 1 phase, 60 hz;  Air: 80 PSI |
| 5H0541 | ... 1"W X 32"L Conveyor N/A | 120 VAC, 1 phase, 60 hz |
| R33711 | Nita Smart Labeling Systems XP200T Labeler 1708-01-0820 | 240 VAC, 1 phase, 60 hz |
| R28711 | Markem laser printer | 120 VAC, 1 phase, 60 hz |
| R28896 | Accutek 48 Unscrambler A17LO72377 | 120 VAC, 1 phase, 60 hz |

_____  *Bo Bailey*  _____        03/31/2021

Signature confirming Electrical Requirements        Date

If you do not use our electronic signing service, please fax this signed page to The Frain Group at (630)510-1101.

## Product specifications

*Product size*
Container size: PETE 2 fl. oz. (approximate container size: 1-3/8" x 3-3/4" tall)

*Product rate*
120 containers per minute - with potential ramp-up to 150 containers per minute

## Required Testing Materials

We have listed below the required materials for your project to complete effective testing.  Materials must be sent freight prepaid to Frain (245 E North Ave, Carol Stream, IL 60188) to arrive no later then one week after release of purchase order, or the quoted completion date may be delayed.  Any unused materials will be returned with the machine upon your request. (Please disregard if materials already sent.)

1) 2,000 production containers by 4-05-2021
2) 2,000 production caps by 4-05-2021
3)  1 full rolls of labels by 4-05-2021
4) 30 gallons of hand sanitizer by 4-05-2021
5) 13,000 production containers by 5-10-2021
6) 13,000 production caps by 5-10-2021
7) 3 full rolls of labels by 5-10-2021
8) 2 totes of hand sanitizer by 5-10-2021

# Scope of Work

Mr. Bo Bailey
UniWell Labs

*Frain Quote Number:* CQ13525
March 23, 2021

## Set to Size (Based on Samples Only)
- Above machines will be integrated mechanically and electrically into "U" shape line configuration; set-up to run one container size, one cap size and one label size.
- Demonstration run at The Frain Group facility for up to one 8 hour day prior to shipping.

## Cleaning, Painting & Appearance Improvement
- Clean-up above machines and touch up paint.
- Buff all stainless steel and plated parts; all parts that have contact with product.

## Engineering
- This work scope is as we understood your inquiry for this project.
- Start of your project and factory acceptance date will be scheduled after we receive your approval.
- Above machines will be integrated mechanically and electrically into "U" shape line configuration; set-up to run one container size, one cap size and one label size.
- Container size: PETE 2 fl. oz. (approximate container size: 1-3/8" x 3-3/4" tall).
- Cap: Flip style cap (approximate cap size:  7/8" OD. x 3/4" tall).
- Product: "Purell"  hand sanitizer - 2 FL OZ. fill.
- Label size: W - 1-7/8" x L - 4-1/8", pressure sensitive style label.
- Product will be filled at ambient temperature.
- Line configuration: New England Unscrambler, MRM Elgin Filler, Resina Capper, All Fill Checkweigher, Side transfer conveyor, Nita Labeler, Side transfer conveyor and Accutek accumulation disk
- Frain technical team will supply and integrate all necessary conveyors, guides and transfers, set-up line as per line layout.
- Existing machine controls will be utilized with container back-up sensors.
- New England container feeder will automatically orient and feed containers into MRM Elgin 16 head rotary piston style filler.
- MRM Elgin Filler will automatically feed containers and fill 2 FL OZ. of hand sanitizer per container.
- Filled containers will proceed through the Resina quill style capper.
- Resina capper will automatically feed containers; sort the caps and automatically cap 2 fl. oz. container.
- Capped containers will proceed through the All Fill checkweigher and onto the Nita Labeler.
- All Fill checkweigher will be set-up to 2 oz. target weight and 1.5 oz. underweight (reject underweight).
- Nita Labeler will automatically feed containers and apply pressure sensitive style label (wrap style application).
- Labeled containers will proceed trough the Markem date-code application (date-code location: TBD) and onto Accutek accumulating table.
- Electrical controls on MRM Elgin Filler and Resina Capper will meet National Electric Code - Class 1, Division 1.
- MRM Elgin product holding tank will be equipped with sanitary style fitting and single pin heavy duty clamp.

## Mechanical Parts
- The mechanical system will be maintained in its present configuration.
- Inspect all mechanical components; repair and replace as necessary.
- Bearings, shafts, sprockets, cam followers and rod ends will be replaced as required.
- All chains will be inspected, cleaned and lubricated; replaced as necessary.

## Pneumatic Parts
- Pneumatic components will be tested and repaired or replaced as necessary.



245 E North Ave, Carol Stream, IL 60188
(P) 630-629-9900  (F) 630-510-1101
sales@fraingroup.com   www.fraingroup.com

# Scope of Work

Mr. Bo Bailey
UniWell Labs

*Frain Quote Number:* CQ13525
March 23, 2021

## Electrical Parts

- The electrical system will be maintained in its present configuration.
- All electrical components will be tested and repaired or replaced as necessary.

## Guarding

- Guarding will be maintained in its present configuration; repair existing guards as necessary.

## Factory Acceptance Test

Mr. Bo Bailey
UniWell Labs

*Frain Quote Number:* CQ13525
March 23, 2021

The Factory Acceptance Test (FAT) is a major project milestone in any project.

The FAT represents the completion of all the time, energy and effort both our team - and yours - have invested in the project and is mandatory.

The FAT  gives you the opportunity to:

- Demonstrate that the project design meets your P.O., the Project Confirmation Letter and scope of work specifications
- Watch the equipment running your exact specifications

- Train you and/or your team on the operation for the equipment, to insure lasting results

- Answer questions

- Identify any project punch list items


Frain strongly recommends that team members from Project Management, Maintenance, Plant Management and Line Operators attend the FAT at the **Frain Industries Facility.**

Upon completion of a successful FAT, each attendee will be asked to sign off on the Frain FAT form.

Thank you in advance for your commitment to attend the Frain FAT.



# Shipping and Payment Terms

Mr. Bo Bailey
UniWell Labs

*Frain Quote Number:* CQ13525
March 23, 2021

**Shipping:**  **All shipping arrangements must be made by the customer including scheduling, payment, and any necessary insurance.**  Frain will inform the customer when the machinery has been skidded and is ready for shipment from Frain's facility located in Carol Stream, IL.  Shipping will be F.O.B.

**Terms:**  Payment set forth by the payment terms in the Frain Group invoice you received must be sent with your purchase order.  If payment has already been sent, we thank you.

**Work will not commence until your payment is received.**

**Balance (if any) due upon acceptance at The Frain Group facility and prior to shipment.**

**Warranty:**  The manufacturer's warranty on new components will be extended to you.  Also, any components refurbished by The Frain Group will be warranted for 180 days from the date of machine acceptance at the Frain facility.  The warranty is limited to the replacement of the defective components.

# The Frain Group Terms and Conditions

Mr. Bo Bailey
UniWell Labs

*Frain Quote Number:* CQ13525
March 23, 2021

The following terms and conditions apply to any request for information, quotation, or order acceptance for The Frain Group services. All prices are excluding installation and are shipped (customer pays freight and insurance) from The Frain Group facility located in Carol Stream, Illinois.  All prices will be considered firm for a period of 30 days from date of quotation.

Work will commence when the following items are received at our facility:
- Your payment (as outlined in the invoice that you received from us).
- Required test materials as outlined in this proposal.
- The signed Project Acceptance form.
- The signed Guard and Barrier disclosure form.

Payment balance (if any) is due upon acceptance of the equipment at The Frain Group facility prior to shipment.

Production machine rates, when given, are based upon the machinery being properly maintained and operated under original design operating conditions, using specified packaging materials, with competent trained operators and maintenance personnel, and upon The Frain Group's analysis and understanding of the production conditions.  Production estimates are approximations and are not guaranteed.

Start-up and training on the machinery by a Frain Group technician is recommended.  The customer will pay a service fee and expenses based on the latest Frain Group Standard Rate Sheet for such start-up services.  Installation times listed on any quotation are estimates only, and actual installation time may vary depending on the condition of the machinery, the access to the machinery, and the number of mechanics available to assist the Frain Group technician.  Any estimated field service charges must be prepaid in advance by check or credit card prior to the service technician being dispatched to the customer's location.  If the technician services are not purchased then a waiver of responsibility must be signed.

The Frain Group reserves the right to the use of any photographs, specifications, or data on the equipment we build or recondition for the purposes of advertising, promotions, or demonstrations.

Marketing rights for any and all designs, concepts, or equipment produced by The Frain Group shall remain property of The Frain Group. Exception shall be made only upon written agreement to terms drafted by and agreed upon by both The Frain Group and Buyer in writing.

If The Frain Group provides any third-party software to the customer, such software is provided subject to the terms and conditions of the third-party software provider's then current end user license agreement.  If The Frain Group customizes such software for the customer, The Frain Group grants to the customer a royalty-free, non-exclusive, nontransferable, limited license of such customization solely for its use in connection with the operation, maintenance, and repair of the machinery.

The Frain Group will pass along all warranties on components purchased from third-party vendors.  The Frain Group warrants its workmanship on the machine for a period of 180 days from date of machine acceptance at the Frain Group facility.  Except as expressly stated in the proposal and the above warranty of workmanship for a period of 180 days, The Frain Group makes no warranty, express or implied, whether of merchantability or fitness for a particular purpose, use, or otherwise with respect to any machinery or services furnished during the sale, delivery, or servicing of any machine or service.

In no event shall The Frain Group be liable for special, indirect, incidental, or consequential damages, whether in contract, tort, negligence, strict liability or otherwise, including without limitation damages for injury to person or property, lost profits or revenue, lost sales or loss of use of any machinery.  Customer's sole and exclusive remedy against The Frain Group is the repair or replacement or improperly working parts refurbished by The Frain Group for a period of 180 days from date of shipment.  The Frain Group's liability on any claim of whatever nature for any loss or damage arising out of or in connection with the customer's order shall in no case exceed the amount of money actually received by The Frain Group from the customer.



FRAIN
INDUSTRIES, INC.
A FRAIN GROUP COMPANY

245 E North Ave, Carol Stream, IL 60188
(P) 630-629-9900  (F) 630-510-1101
sales@fraingroup.com   www.fraingroup.com

# Project Acceptance

Mr. Bo Bailey
UniWell Labs

*Frain Quote Number:* CQ13525
March 23, 2021

The Frain Group will provide you with a written project status report each week to keep you updated on the progress of the reconditioning and retooling work.  Please sign below to confirm your acceptance of this project, and call if you have any further questions.  We look forward to working with you.

Regards,

*Mary Woodrick*

Mary Woodrick
Director of Projects
The Frain Group

## Project Acceptance

I hereby agree to be bound by all the terms and conditions in this document and to be bound to The Frain Group's terms and conditions  (included separately).  We must have your signature below to proceed with your project.



03/31/2021

Signature

Date

If you do not use our electronic signing service, please fax this signed page to The Frain Group at (630)510-1101.

*THIS PROPOSAL IS SUBJECT TO REVISION UPON RECEIPT OF SPECIFICATIONS, INSPECTION OF THE MACHINE, AND AFTER 30 DAYS*



245 E North Ave, Carol Stream, IL 60188
(P) 630-629-9900  (F) 630-510-1101
sales@fraingroup.com   www.fraingroup.com

## Guard and Barrier Disclosure

Mr. Bo Bailey
UniWell Labs

*Frain Quote Number:* CQ13525
March 23, 2021

The undersigned hereby acknowledges that customer understands the function and importance of fixed guards and / or barrier guarding for operator safety.  The undersigned further acknowledges that it is the customer's sole responsibility to ensure that the Packaging Machinery meets the safety requirements of customer's plant(s) and OSHA regulations pertaining to the Packaging Machinery and the customer's usage of the Packaging Machinery.  The Frain Group makes no representation or warranty regarding the safety of the Packaging Machinery.  The Frain Group does not perform services to the Packaging Machinery with respect to fixed guards, barrier guards or other safety features that are not specifically set forth the Machine Specifications and Scope of Work under Guarding.

*Bo Bailey*
03/31/2021
_____  _____          _____
Signature    bbailey@uniwelllabs.com                                    Date

If you do not use our electronic signing service, please fax this signed page to The Frain Group at (630)510-1101.



245 E North Ave, Carol Stream, IL 60188
(P) 630-629-9900  (F) 630-510-1101
sales@fraingroup.com   www.fraingroup.com

## Startup & Training

Mr. Eduardo Soto
UniWell Labs

*Frain Quote Number:* CQ13525
March 23, 2021

It has been our experience over the past 35+ years that our customers get into production faster when our technicians are on site for equipment startup and training of your people.  That is why we strongly recommend that the technicians that worked on the machine be there for startup and training.  Please schedule startup and training at least two weeks in advance of machine shipment in order to get the best airfare.  The customer will pay the service fee and expenses based on the latest Frain Group field service rate sheet.

## **Acceptance of Startup and Training**

Please choose below if you have read the above description, and would like to accept or decline  startup and training on your equipment.  The estimate does not include travel time to and from your facility and expenses.  Note that the estimated service fee must be prepaid before the technician will be dispatched to your facility, and any additional expenses or installation and training time beyond this period will be billed later as per the attached field service rate sheet.

Estimated hours for startup and training:**48**
Estimated cost for startup and training:  **$8,720**

I accept Startup & Training as described above

I decline Startup & Training as described above.  My signature confirms that we are taking full responsibility for the startup of the machine and training of our people.

*Bo Bailey*
_____  _____          03/31/2021
Signature    bbailey@uniwelllabs.com                                    _____
                                                                         Date

If you do not use our electronic signing service, please fax this signed page to The Frain Group at (630)510-1101.



245 E North Ave, Carol Stream, IL 60188
(P) 630-629-9900  (F) 630-510-1101
sales@fraingroup.com   www.fraingroup.com

# FIELD SERVICE RATES AND TERMS

### HOURLY RATES
SERVICE TECHNICIAN . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $175.00 PER HOUR

ENGINEERING, ELECTRICAL & PROGRAMMING . . . . . . . . . . $195.00 PER HOUR

### OVERTIME RATES
SERVICE TECHNICIAN

Monday-Friday (After 8 hours) . . . . . . . . . . . . . . . . . . . . . . . . . . $215.00 PER HOUR

Weekends & Holidays . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $215.00 PER HOUR

ENGINEERING, ELECTRICAL & PROGRAMMING

Monday-Friday (After 8 hours) . . . . . . . . . . . . . . . . . . . . . . . . . . $245.00 PER HOUR

Weekends & Holidays . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $245.00 PER HOUR

If a technical representative is required more than twelve hours per day, arrangements for additional technicians will be necessary.

- The customer is to pay all traveling expenses incurred by the technical representative in the customer's behalf.  These expenses include:  transportation to and from airports, trains, hotels, or bus depots; air, train or bus fare, rental car, and hotels.  Company or personal auto expenses will be billed at $.580 per mile.  A $50.00 per day charge for personal expenses will be charged which includes meals).

- Travel time will be included at the standard hourly rate $175 per hour or $195 per hour (see rates above for technician type). Travel time starts when technician leaves the Frain Group location and ends when the technician arrives at the customer plant or hotel, whichever occurs first.

- Return home travel time ends when the technician arrives at the Frain Group location.

- Excessive delays while traveling due to natural disasters (i.e.- blizzards, earthquakes, hurricanes, etc.) will be considered on an individual basis.

- Overtime is any weekday work performed after eight (8) consecutive hours of travel time and/or work time.

- Minimum billing will be eight (8) hours per day.  If a technical representative is required to stay over a weekend period or is placed on call, an eight (8) hour per day minimum charge will be billed whether work was performed or not.

- The customer will be billed for all idle time, up to eight (8) hours per day, caused by local union practices, unsafe working conditions, lack of access to the equipment or any other reason beyond our control.

- The Frain Group representative will provide a daily time sheet and description of work performed. The customer will be required to sign off and approve this timesheet daily or our technician will be unable to return the following day.

- Customer agrees that any attempt by Customer to recruit Frain Group personnel will cause actual injury to Frain Group and damages will at a minimum be one year salary.

### PAYMENT AND TERMS
All field service is to be prepaid.  Any amount quoted in advance is an ESTIMATE ONLY.  After the service is completed, an actual invoice will be generated.  Any additional monies owed by the customer will be due upon receipt of the final invoice.  If for any reason the estimated bill is higher than the actual invoice, a refund will be issued.

# Exhibit

**Blake Brownshadel**

| | |
|---|---|
| **From:** | Woodric , Mary <m oodric @frainintegration.com> |
| **Sent:** | Thursday, May , 2021 2:50 PM |
| **To:** | Dru iess Tami at Frain |
| **c:** | o ailey udic, Mico |
| **Subject:** | E: an I have an update please |

i Dru,

We are on target for the estimated FAT date of 6/1, however I will lock in actual FAT date one week prior.

Please ship remainder of production materials:

-13,000 production containers
-13,000 production caps
-3 full rolls of production labels
-2 totes of hand sanitizer

Ship to:

Frain Industries
Attn: niWell Labs
245 E North Ave
Carol Stream, IL 60188

Let me know of any questions.  Thanks.


Mary Woodrick
Director of Pro ect Management
Frain Industries
245 E. North Ave, Carol Stream, Il 60188
Direct: 630-889-5707
mwoodrick@frain.com
www.fraingroup.com



----- riginal Message-----
From: Dru Riess dr@uniwelllabs.com
Sent: Tuesday, May 4, 2021 5:36 PM
To: Woodrick, Mary mwoodrick@frainintegration.com Tami at Frain Tami@frain.com
Sub ect: Can I have an update please

Factory acceptance date

Dru.

Sent from my iPhone

scanned by AppRiver SecureTide

# Exhibit

| | |
|---|---|
| **From:** | Woodric , Mary <m oodric @frainintegration.com> |
| **Sent:** | Thursday, May 27, 2021 5:23 M |
| **To:** | Dru iess o ailey Tami at Frain |
| **c:** | ammersmith, Dale udic, Mico hela, ennifer |
| **Subject:** | E: Factory cceptance date miss |
| | |
| **Fla Status:** | Flagged |

i Dru,

We are waiting on container handling parts, infeed star, timing screw, discharge star as well as miscellaneous electrical components for explosion proof. We are currently estimating 6/18 for the FAT, but will lock in actual date one week prior.

Mary Woodrick
Director of Pro ect Management
Frain Industries
245 E. North Ave, Carol Stream, Il 60188
Direct: 630-889-5707
mwoodrick@frain.com
www.fraingroup.com



---

Dru Riess dr@uniwelllabs.com
Wednesday, May 26, 2021 9:25 AM
o ailey bbailey@uniwelllabs.com Woodrick, Mary mwoodrick@frainintegration.com Tami at Frain Tami@frain.com
ammersmith, Dale dhammersmith@frain.com
Factory Acceptance date miss
igh

I was told by o that Mary called last week that the Acceptance was pushed out due to Frain not being able to obtain certain components.

Can I get in writing what the delay was

ow does this effect our agreement we have together

What day is it now

Dru

# Exhibit

# Blake Brownshadel

**From:** Woodric , Mary <m oodric @frainintegration.com>
**Sent:** Thursday, une 17, 2021 1:21 PM
**To:** Dru iess
**c:** o ailey udic, Mico
**Subject:** E: Print location for date code

es, that is correct, we will do the FAT on 6/29 however he invited you and your team to come out for a progress visit on 6/21.

Thanks.

Mary Woodrick
Director of Pro ect Management
Frain Industries
245 E. North Ave, Carol Stream, Il 60188
Direct: 630-889-5707
mwoodrick@frain.com
www.fraingroup.com



---

Dru Riess  dr@uniwelllabs.com
Thursday, June 17, 2021 1:19 PM
Woodrick, Mary  mwoodrick@frainintegration.com
o ailey  bbailey@uniwelllabs.com   udic, Mico  mbudic@frain.com
Re: Print location for date code

No.

Shawn Jackson told us 6/29 was the guaranteed firm fat  No progress visit. We want to see the final product complete and operational.

e wrote me last week and told me it was firm  The line would be complete.

Tickets are booked.

We will validate then give you the green light to breakdown the machine for shipping.

Thx

Dru

Sent from my iPhone

n Jun 17, 2021, at 1:15 PM, Woodrick, Mary  mwoodrick@frainintegration.com  wrote:

Thanks   o.

Will your team be coming out next week for the progress visit on the line

Mary Woodrick
Director of Pro ect Management
Frain Industries
245 E. North Ave, Carol Stream, Il 60188
Direct: 630-889-5707
mwoodrick@frain.com
www.fraingroup.com

image001.png

---

o   ailey   bbailey@uniwelllabs.com
Thursday, June 17, 2021 11:56 AM
Woodrick, Mary   mwoodrick@frainintegration.com
udic, Mico   mbudic@frain.com   Dru Riess   dr@uniwelllabs.com
RE: Print location for date code

Photo of location. Lot code is 2 lines, placed between Panel and front facing label  in green letters

Thank you,

o   ailey
Facilities    Maintenance Mgr./ Procurement
bbailey@uniwelllabs.com
r     R   d
r    r

image002.png

*"We create and provide innovative products that make people healthier, happier and more productive"*

---

Woodrick, Mary   mwoodrick@frainintegration.com
Wednesday, June 16, 2021 1:41 PM
o   ailey   bbailey@uniwelllabs.com
udic, Mico   mbudic@frain.com
Print location for date code

i   o,

Can you send me a photo of where the date code will go on the container    Thanks.

Mary Woodrick
Director of Pro ect Management
Frain Industries
245 E. North Ave, Carol Stream, Il 60188
Direct: 630-889-5707
mwoodrick@frain.com
www.fraingroup.com

image001.png

scanned by AppRiver SecureTide

scanned by AppRiver SecureTide

scanned by AppRiver SecureTide

# Exhibit



245 E North Ave, Carol Stream, IL 60188
(P) 630-629-9900  (F) 630-629-6575
sales@fraingroup.com  www.fraingroup.com



April 08, 2021

UniWell Labs
14801 Sovereign Rd
Fort Worth, TX  76155
**re: Estimated Service Invoice**

Mr. Dru Riess,

It has been our experience  that our customers get into production faster when our technicians are on site for equipment startup and training of your people.  That is why we strongly recommend that the technicians that worked on the machine be there for startup and training.  Please schedule startup and training at least two weeks in advance of machine shipment so that we may get the best travel rates, especially if airfare is involved. You will be charged service fees and expenses based on the latest Frain Group field service rate sheet (we have included a copy for your convenience).

Installation times listed on any quotation are ESTIMATES only, and actual installation time may vary depending on the condition of the machinery, access to the machinery, and the number of customer support personnel available to assist the Frain technician(s). As this is an ESTIMATE only, actual hours may vary depending on the project equirements and exceed the initial ESTIMATE.  Travel and expenses (T&E) are NOT INCLUDED in the ESTIMATE.  All ESTIMATED field service charges must be paid in advance by check or credit card prior to the service technician being dispatched to your location. For your convenience, a credit card authorization form is included.  Questions about the ESTIMATED service can be directed to Mary Woodrick at (630)889-5707 or email at mwoodrick@frain.com.

Please contact our Field Service Manager, Dale Hammersmith, to schedule the Field Service / Startup and Training at your facility.  Dale can be reached directly at (630)327-2144 or by email at dhammersmith@frain.com.

Thank you again for choosing The Frain Group.  If you have any questions or concerns, please direct them to me.

Sincerely,


Dale Hammersmith
Director of Field Service
Frain Industries, Inc.
Direct Line: (630)327-2144
Email:  dhammersmith@frain.com
Website:  www.fraingroup.com



# FRAIN INDUSTRIES, INC.
### A FRAIN GROUP COMPANY

245 E North Ave, Carol Stream, IL 60188
(P) 630-629-9900  (F) 630-629-6575
sales@fraingroup.com  www.fraingroup.com

# INVOICE
## 801534

### Service Estimate

| BILL TO | LOCATION OF SERVICE |
|---|---|
| **UniWell Labs**<br>Mr. Dru Riess<br>14801 Sovereign Rd<br>Fort Worth, TX  76155<br>817-510-1850  Fax: | Mr. Dru Riess<br>14801 Sovereign Rd<br>Fort Worth, TX  76155 |

| INVOICE DATE | PO NUMBER | FRAIN CONTACT | TERMS |
|---|---|---|---|
| 4/6/21 | Verbal | Dale Hammersmith | Due Upon Receipt |

| | DESCRIPTION OF CHARGE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 1 | Estimate Service - 1 Mech Technician - 32hrs | | | 5,600 |
| 2 | Estimate Service - 1 Elec Technician - 16hrs | | | 3,120 |

All field service to be prepaid prior to confirmation of itinerary of technician/s.  Amount quoted is only an ESTIMATE.  After service is complete, an actual invoice will be sent.  If estimated amount paid is higher than the actual invoice, a refund will be issued.
This is a service estimate. The estimated service hours may vary depending on the project requirements and exceed the initial estimate. Travel and expenses (T&E) are not included in the estimate.
This service estimate is for Frain machine(s):
5G9579 - New England NEHCPE60 Unscrambler
5E0149 - MRM Elgin RPF-16 Filler Can 78026
5F3630 - Resina UN40-1202 Capper 927125
5H0540 - 1"W X 32"L Conveyor N/A
R34160 - All Fill ALPHA PW12 Checkweigher
5H0541 - ... 1"W X 32"L Conveyor N/A
R33711 - Nita Smart Labeling Systems XP200T Labeler 1708-01-0820
R28896 - Accutek 48 Unscrambler A17LO72377

| CHARGES | |
|---|---|
| Total All Service Items: | 8,720 |

| PAYMENTS AND CREDITS |
|---|

| **Total Amount Due:** | **$8,720** |
|---|---|

Payment is due upon receipt of invoice. We accept Visa, MasterCard and Amex.  If you are paying via check, please mail (USPS, FedEx, UPS) a check for the amount of the invoice to our main address.

## Thank you for your order !

**We also have the option to wire funds, please call accounting at 630-889-5756 for details.**

Quick Machinery Rentals, Setup, and Installation Available !


# FIELD SERVICE RATES AND TERMS

## HOURLY RATES
SERVICE TECHNICIAN . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $175.00 PER HOUR

ENGINEERING, ELECTRICAL & PROGRAMMING . . . . . . . . . $195.00 PER HOUR

## OVERTIME RATES
SERVICE TECHNICIAN

Monday-Friday (After 8 hours) . . . . . . . . . . . . . . . . . . . . . . . . $215.00 PER HOUR

Weekends & Holidays . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $215.00 PER HOUR

ENGINEERING, ELECTRICAL & PROGRAMMING

Monday-Friday (After 8 hours) . . . . . . . . . . . . . . . . . . . . . . . . $245.00 PER HOUR

Weekends & Holidays . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $245.00 PER HOUR

If a technical representative is required more than twelve hours per day, arrangements for additional technicians will be necessary.

- The customer is to pay all traveling expenses incurred by the technical representative in the customer's behalf.  These expenses include:  transportation to and from airports, trains, hotels, or bus depots; air, train or bus fare, rental car, and hotels.  Company or personal auto expenses will be billed at $.580 per mile.  A $50.00 per day charge for personal expenses will be charged which includes meals).

- Travel time will be included at the standard hourly rate $175 per hour or $195 per hour (see rates above for technician type). Travel time starts when technician leaves the Frain Group location and ends when the technician arrives at the customer plant or hotel, whichever occurs first.

- Return home travel time ends when the technician arrives at the Frain Group location.

- Excessive delays while traveling due to natural disasters (i.e.- blizzards, earthquakes, hurricanes, etc.) will be considered on an individual basis.

- Overtime is any weekday work performed after eight (8) consecutive hours of travel time and/or work time.

- Minimum billing will be eight (8) hours per day.  If a technical representative is required to stay over a weekend period or is placed on call, an eight (8) hour per day minimum charge will be billed whether work was performed or not.

- The customer will be billed for all idle time, up to eight (8) hours per day, caused by local union practices, unsafe working conditions, lack of access to the equipment or any other reason beyond our control.

- The Frain Group representative will provide a daily time sheet and description of work performed.  The customer will be required to sign off and approve this timesheet daily or our technician will be unable to return the following day.

- Customer agrees that any attempt by Customer to recruit Frain Group personnel will cause actual injury to Frain Group and damages will at a minimum be one year salary.

## PAYMENT AND TERMS
All field service is to be prepaid.  Any amount quoted in advance is an ESTIMATE ONLY.  After the service is completed, an actual invoice will be generated.  Any additional monies owed by the customer will be due upon receipt of the final invoice.  If for any reason the estimated bill is higher than the actual invoice, a refund will be issued.



245 E North Ave, Carol Stream, IL 60188
(P) 630-629-9900  (F) 630-629-6575
sales@fraingroup.com  www.fraingroup.com

# CREDIT CARD CHARGE AUTHORIZATION

**TYPE OF CARD:** (select one)　　\_\_\_\_ **VISA**　　　　\_\_\_\_ **MC**　　　　\_\_\_\_ **AMEX**

3.5% processing fee will be added to amount being charged

Name of Company
Authorizing Charge: _____

Name of Person
Authorizing Charge: _____

Amount of Charge: $_____

Credit Card Number: _____　Expiration Date:_____

PO Reference: _____

Security Code: _____

Name as it
Appears on Card: _____

Billing Address:
on Card: _____

_____

*I have received Payee's terms and conditions of this sale/service, including all refund and return policies, and by signing below, acknowledge my receipt and acceptance of the terms and conditions of sale/service. I further represent that I have the authority to authorize this transaction.*

Cardholder
Signature: _____　Date: _____

*To complete transaction return by Scan/Email to accounting@frain.com or by Fax to 630-629-6575 (attn: Accounting)*

# Exhibit

# CHASE *for* BUSINESS

Printed from Chase for Business

---

| | |
|---:|:---|
| Pay to | REF Leasing Co (...4243) |
| Pay from | Uniwell Checking (...6920) |
| Amount | $8,720.00 |
| Send on | Jul 6, 2021 |
| Deliver by | Jul 7, 2021 |
| Delivery method | Standard ACH |
| Payment arrives in | 1 business day |
| Addenda | Frain Invoice 801534 Uniwell PO 2101420 |
| Status | Paid |
| Submitted by | Administrator, Jul 6, 2021 2:21:40 PM |
| Last updated by | Not Available, Jul 7, 2021 8:43:48 AM |
| Chase transaction number | 5294340643 |

# Exhibit 1

## Blake Brownshadel

| | |
|---|---|
| **From:** | ngela  arrison <Services@sertifi.net> |
| **Sent:** | Thursday,  uly 22, 2021 11:2   M |
| **To:** | Dru  iess |
| **Subject:** |  ou have been   d on a signature re  uest by Frain Industries |



*This email is to alert you that Angela Harrison (Frain Industries) has carbon copied you on a signature request sent for the file "722805 LEASE DOC UNIWELL LABS".*



RE  E

Hello, Please review and sign the attached Agreement for your project. Let us know if you have any  uestions. Thank you.

Once all signatures are received an email alert will be sent to you.

Alternatively to review and sign you may copy and paste the following URL in your browser: https://www.sertifi.com/frainindustries/r.aspx?cczkwRGH7mQYTE69

If you have any questions related to documents or wish to contact Angela Harrison, please email at: aharrison@frain.com

Powered by Sertifi
Learn how to close business faster using Sertifi. https://www.sertifi.com



350 N LaSalle St -300, Chicago, IL 60654



245 E North Ave, Carol Stream. IL 60188
Phone: 630-629-9900
Email: Accountingdepartment@fraingroup.com

# LEASE AGREEMENT

**Dated:** **July 22, 2021**                              **Lease Number**    **722805**

This Equipment Lease Agreement between REF Leasing Co. (Lessor) and              **UniWell Labs**
(Lessee) and shipping to **14801 Sovereign Rd, Fort Worth, TX 76155**

**Description of Equipment:** **Order Number:**            **722805**
5G9579 Certified Pre-Owned New England NEHCPE60 Unscrambler 2782
5E0149 Certified Pre-Owned MRM Elgin RPF-16 Filler Can 78026
5F3630 Certified Pre-Owned Resina UN40-1202 Capper 927125
5H0540 Certified Pre-Owned 1"W X 32"L Conveyor N/A
R34160 Certified Pre-Owned All Fill ALPHA PW12 Checkweigher 980914
5H0541 Certified Pre-Owned ... 1"W X 32"L Conveyor N/A
R33711 Certified Pre-Owned Nita Smart Labeling Systems XP200T Labeler
R28896 Certified Pre-Owned Accutek 48 Unscrambler A17LO72377
R33030 Certified Pre-Owned Markem C150 Coder

**Terms of Lease:**

| TERM OF LEASE (NO OF MONTHS) | LEASE EFFECTIVE DATE | TOTAL NUMBER OF PAYMENTS | EQUIPMENT | AMOUNT OF EACH PAYMENT FOR 35 MONTHS | FINAL PAYMENT ON THE 36th MONTH | INITIAL PAYMENT | INITIAL PAYMENT REPRESENTING PRIOR TO SHIPMENT | |
|---|---|---|---|---|---|---|---|---|
| 36 | 7/1/2021 | 36 | $1,375,000.00 | $33,000.00 | $26,568.00 | $311,253.00 | Due with Order: | $300,000.00 |
| | | | | | | | Crating: | $11,253.00 |

**TERMS AND CONDITIONS OF LEASE**

**Acceptance of Equipment:**
Lessee acknowledges that the equipment is reconditioned, and that Lessee shall be responsible for maintaining equipment during the lease. Lessor shall not be responsible for any consequential damages due to lost production of the Lessee. Terms of delivery of the equipment are: Certified Pre-Owned, F.O.B. shipping point, all freight charges shall be paid by Lessee. Lessee assumes the risk to pay loss /damage whatsoever.

**No Sublease or Assignment by Lessee:**
Lessee agrees that Lessee may not dispose of or sublease the equipment, transfer possession, or assign any of the Lessee's interests or obligations in the Equipment Lease Agreement. Title of the equipment shall remain in the lessor's name and Lessee shall keep the title free and clear of levies/liens/attachments. Lessee has the option to purchase the equipment at the end of the pre stated term of the lease for $1.00.

**Insurance:**
Lessee shall assume the risk of loss and damage to the equipment while on Lease for the Leased Equipment. Lessee shall insure the Lessor and Lessee with respect to liability for personal injuries, death, damage to property or any other contingency as it may arise.  Lessee further agrees to hold Lessor harmless for any liability associated with leasing equipment to Lessee.

**Default:**
In the event Lessee is in default of this agreement due to non-payment, Lessee with have 15 days to cure the default.  If Lessee fails to cure Lessor may remove the equipment forthwith with 24-hour notice to Lessee in writing.  Lessee will allow Lessor access to the equipment and will cooperate with Lessor's to secure return of the equipment.

**Disputes:**
Lessee agrees that any legal action arising from this Lease Agreement will be adjudicated in Cook County, Illinois.

**LESSOR:**                                          **LESSEE:**
REF Leasing Co.                                      UniWell Labs
245 E North Ave,                                     Mr. Eduardo Soto
Carol Stream, IL 60188                               14801 Sovereign Rd
                                                     Fort Worth, TX 76155

# Exhibit 11

# Blake Brownshadel

**From:**  ac son, Sha  n <s ac son@frain.com>
**Sent:**  Friday,  ugust  , 2021 1:07 PM
**To:**  Eduardo Soto
 **c:**  Tamburino, Patric  ac son, Sha  n
**Subject:**  Uni  ell 722  05
**Attachments:**  07-1-21 722  05  LE  SE U  IWELL.pdf  722  05email3.22.21.pdf  722  05.pdf
  13525.pdf  UniWell email3.22.21.pdf  Uni Well Labs E  uipment Sale.0  0  2021.pdf

 **m  ortance:**  igh

Eduardo

In preparation for our discussion, I have outlined the timeline of events relating to the pro ect meeting the expected completion date based on the receipt of money, documents, and materials outlined within the Pro ect Confirmation Letter and email dating 3/22/21 from Tami  attached .

  ere are the sequence of facts relating to the timeline for invoice 722805 which you may not be aware of:

3/22 Email sent to Eduardo  attached  regarding pro ect lead time and testing materials
3/23 Payment received in the amount of  100,000 for invoice 722805
          r   r      d        r  r     d         d
  r     d     r
3/25 Pro ect confirmation letter sent stating testing materials required to begin pro ect
3/31 Pro ect confirmation letter received, approved, and signed by  o  aily, agreeing to the terms of the contract  attached
4/12  Partial  materials received   caps, labels
6/07   ulk materials received   caps, labels
6/08 Rolls of clear labels received
6/29 Factory Acceptance Test successfully completed

  nderstanding your urgent need of this line, Frain began the pro ect and provided a successful Factory Acceptance Test on 6/29  without  the agreed upon receipt of materials and signed lease agreement, 11 weeks after partial receipt of materials on 4/12.

At this time, we have not yet received the signed lease agreement nor July and August payment. If you wish to move forward with this line, it will be at a cash purchase  invoice 080621 attached , financing is no longer an option as Frain understands you have reserved the right to sue and have stated your intent to do so. We feel this will become a high maintenance account in terms of collecting contractual financial obligations.

Frain has exceeded expectations to provide a fully functional solution for your needs within the agreed upon timeframe. In closing, Frain is confident we have represented ourselves in a truthful and transparent manner throughout the process and can appreciate whichever direction you so choose to move forward.

Take time to digest all this information so we can plan to have a positive and productive discussion. We will call your cell 551-8097686 at 2pm CST.

Regards,

*Shawn   ackson*
*COO   Frain Industries*
    *E.   orth   ve, Carol Stream, Il*

[s ackson@frain.com](mailto:s ackson@frain.com)
[www.frain.com](http://www.frain.com)



   

  

scanned by AppRiver SecureTide

# Exhibit 1



# FRAIN INDUSTRIES, INC.
## A FRAIN GROUP COMPANY

**INVOICE**

Uni Well 080621

245 E North Ave, Carol Stream, IL 60188
Web Site: www.fraingroup.com  Email: sales@fraingroup.com
Fax: 630-629-6575          Phone 630-629-7196

| B I L L T O | UniWell Labs<br>Mr. Eduardo Soto<br>14801 Sovereign Rd<br>Fort Worth, TX 76155<br>817-510-1850  Fax: | S H I P T O | Mr. Eduardo Soto<br>14801 Sovereign Rd<br>Fort Worth, TX 76155 |
|---|---|---|---|

| INVOICE DATE | PO NUMBER | ORDER DATE | SALESPERSON | SHIP VIA | TERMS |
|---|---|---|---|---|---|
| 08/06/21 | Verbal | 08/06/21 | Tami Frain | To Advise | See Notes Below |

| | INVENTORY | DESCRIPTION |
|---|---|---|
| 1 | 5G9579 | Certified Pre-Owned New England NEHCPE60 Unscrambler 2782 |
| 2 | 5E0149 | Certified Pre-Owned MRM Elgin RPF-16 Filler Can 78026 |
| 3 | 5F3630 | Certified Pre-Owned Resina UN40-1202 Capper 927125 |
| 4 | 5H0540 | Certified Pre-Owned 1"W X 32"L Conveyor N/A |
| 5 | R34160 | Certified Pre-Owned All Fill ALPHA PW12 Checkweigher 980914 |
| 6 | 5H0541 | Certified Pre-Owned ... 1"W X 32"L Conveyor N/A |
| 7 | R33711 | Certified Pre-Owned Nita Smart Labeling Systems XP200T Labeler |
| 8 | R28896 | Certified Pre-Owned Accutek 48 Unscrambler A17LO72377 |
| 9 | R33030 | Certified Pre-Owned Markem C150 Coder |

**TERMS:**

Payment in full must be received no later that 10 days upon acceptance
of invoice #080621 to initial the release of the equipment.

Shipping: FOB

| CHARGES | |
|---|---|
| Equipment Cost: | 1,375,000 |
| Crating Cost: | 11,253 |
| Total Cost: | 1,386,253 |

| PAYMENTS AND CREDITS | |
|---|---|
| Payment 3/23/2021 | 100,000 |
| Payment 4/27/2021 | 100,000 |
| Payment 5/21/2021 | 111,253 |

| **Total Due Now:** | **$1,075,000** |
|---|---|

Payment and purchase order must be made out to **Frain Industries Inc.**

*This is a one of a kind machine and payment is due immediately. This machine is
available for sale to other interested parties until payment is received.*

*Subject to credit approval and lease terms and conditions*

*Thank you for your order !*

To move forward with your order, payment is due prior to shipment. We accept
Visa, MasterCard and Amex.  If you are paying via check, please mail (USPS,
FedEx or UPS) a check for the amount of the invoice to our main address.
You also may wire funds, refer to the instructions included in this document.