IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNIWELL LABORATORIES, LLC, <br> PLAINTIFF, | § <br> § <br> § | |
| V. | § <br> § | CIVIL ACTION NO. 4:21-CV-1292-BJ |
| FRAIN INDUSTRIES INC., ET AL. <br> DEFENDANTS. | § <br> § <br> § | |

## FINAL JUDGMENT

Pursuant to the order issued this same day, and Federal Rule of Civil Procedure 58,

It is hereby **ORDERED, ADJUDGED**, and **DECREED** that Defendants Frain Industries Inc., The Frain Group, and REF Leasing, Co. (collectively referred to as "Defendants") shall recover from Plaintiff UniWell Laboratories, LLC, economic damages in the amount of $1.

It is further **ORDERED** that Defendants are entitled to prejudgment interest at a rate of 8.5% per year from August 17, 2022, the date Defendants filed their counterclaim against Plaintiff, to the date preceding the date judgment is rendered.

It is further **ORDERED** that post-judgment interest shall accrue on the entire amount at a rate of 4.80% from the date this judgment in entered on the docket until paid.

All costs under 28 U.S.C. § 1920 shall be taxed against Plaintiff. The Court will determine Defendants' reasonable and necessary attorney's fees at a later date pursuant to Federal Rule of Civil Procedure 54(d).

SIGNED February 1, 2024.

JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE